

United States Department of State
National Visa Center
31 Rochester Ave, Suite 200
Portsmouth, NH 03801-2915

MOSTAFA KAMEL HUSSEIN NOSSEIR
AVENIDA GENERAL OLYNTHO PILLAR,
355, BLOC 1, APT 307 BARRA DA
TIJUCA RIO DE JANEIRO 22793-610
BRAZIL

Interview Letter (P4)

August 8, 2016

Dear MOSTAFA KAMEL HUSSEIN NOSSEIR,

The National Visa Center (NVC) completed the domestic pre-processing of the immigrant visa petition RDJ2016561006 filed by NOSSEIR, GABRIEL MOSTAFA on behalf of MOSTAFA KAMEL HUSSEIN NOSSEIR. The NVC will now forward the petition to the U.S. Embassy or Consulate in RIO DE JANEIRO, BRAZIL for a visa interview. This letter serves as formal notification of the visa interview. **SAVE** this letter and present it to the U.S. Embassy or Consulate guard/receptionist at the time of the interview.

====================================================================================
**Interview Date and Time**
====================================================================================

An immigrant visa interview is scheduled for MOSTAFA KAMEL HUSSEIN NOSSEIR and any eligible derivative applicants (see applicants eligible to attend the interview below) at the U.S. Embassy or Consulate in RIO DE JANEIRO, BRAZIL on **September 19, 2016** at **09:20 am**.

====================================================================================
**Applicants Eligible to Attend the Interview**
====================================================================================

| Name | Date of Birth | Place of Birth |
|---|---|---|
| NOSSEIR, MOSTAFA KAMEL HUSSEIN | 10FEB1943 | EGYPT |

====================================================================================
**Family Reunification Parole (FRP) Program Interviews**
====================================================================================

If your visa symbol is CP1 or HP1, your petition is processing under the Family Reunification Parole (FRP) Program. If you are processing as part of this program, you may need to supply additional documents during your interview. Go to the Required Visa Interview Documents and Document Status Code Definitions section of this letter and:

    **View code V for Cuba.**            **View code Q for Haiti.**

EXHIBIT 2