


**Olsi Vrapi <olsi@noblelawfirm.com>**

---

## Consulate email- 7/20/18

---

**Gabe Nosseir** <gabe@internationalindoor.com> Thu, Jun 13, 2019 at 5:23 PM
To: Olsi Vrapi <olsi@noblelawfirm.com>

Gabe Nosseir
International Indoor Soccer Arena
www.internationalindoor.com
Facebook
Twitter
1311 Cuesta Arriba Ct. NE
Albuquerque, NM
87113
505-266-3653
fax: 505-266-3693

> -------- Original Message --------
> Subject: RE: Case number RDJ2016561006 Update
> From: "Immigration, Rio" <ImmigrationRio@state.gov>
> Date: Fri, July 20, 2018 7:02 am
> To: Mostafa Nosseir <mknosseir@gmail.com>
> Cc: Gabe Nosseir <gabe@internationalindoor.com>
>
> Dear Applicant:
>
> On the date of the interview the consular officer became aware of some elements of your case that need to be further researched before the eligibility for the visa can be determined. This office is currently working on these issues. Unfortunately, we cannot provide any further information at this moment. Please rest assured that your application will be given every consideration consistent with U.S. immigration laws and regulations. For additional information you may visit: https://travel.state.gov/content/visas/en/general/administrative-processing-information.html
>
> Atenciosamente,
> Best regards,
>
> Immigrant Visa Unit
> United States Consulate General
> Rio de Janeiro - RJ –Brazil
> br
>
> "Please note that the information regarding this visa case is protected from disclosure under Section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the "formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States and is consistent with INA Section 222(f), 8 U.S.C. 1202(f)".
>
>      

EXHIBIT
3

**From:** Mostafa Nosseir [mailto:mknosseir@gmail.com]
**Sent:** Thursday, July 19, 2018 3:50 PM
**To:** Immigration, Rio
**Cc:** Gabe Nosseir
**Subject:** Case number RDJ2016561006 Update

Dear Mr./Ms. Chief Immigration service

Case Number: **RDJ2016561006**
Visa type: IR5
Beneficiary: NOSSEIR, Mostafa Kamel Hussein
Petitioner: NOSSEIR, Gabriel
Interview date: 19 September 2016

Twenty two months have passed since my interview for Immigration visa took place.
During the interview I was informed that all submitted documents had been accepted and I was requested to leave my passport in order to issue the Visa .

Few days later I was requested to submit additional information which I did on same week.

Since then, every time I requested update I was informed that the process is not concluded yet.

With the advance of my age, I am really interested to spend the few remaining years living close to my only son and his family in Albuquerque, NM.

Your update of the visa status will be highly appreciated.

Best regards.

Mostafa Nosseir, PhD
Av. General Olyntho Pilar,355/ 1- 307
Barra da Tijuca
22793-610 rio de Janeiro-Brazil
+55 21 2432 5194
+55 21 98137 7996

Privacy/PII
This email is UNCLASSIFIED.



**Olsi Vrapi <olsi@noblelawfirm.com>**

# Consulate Letter 11/11/18

**Gabe Nosseir** <gabe@internationalindoor.com> Thu, Jun 13, 2019 at 5:23 PM
To: Olsi Vrapi <olsi@noblelawfirm.com>

Gabe Nosseir
International Indoor Soccer Arena
www.internationalindoor.com
Facebook
Twitter
1311 Cuesta Arriba Ct. NE
Albuquerque, NM
87113
505-266-3653
fax: 505-266-3693

-------- Original Message --------
Subject: Re: Case #RDJ2016561006
From: Gabriel Nosseir <exosu@hotmail.com>
Date: Sun, November 11, 2018 10:40 pm
To: "Immigration, Rio" <ImmigrationRio@state.gov>

To whom it may concern:

I received the attached letter, notifying my that my application for a visa for my father, Mostafa Nosseir, is being cancelled due to not applying for an immigrant visa. I did in fact apply for a visa, paid all fees, and completed the forms for USCIS and the NVC, with approval. In September 2016 my father had his interview at the consulate and the man who interviewed him said he would issue his immigrant visa and took his passport. Since then, we have received notification of my father's case is in "administrative processing" and another notification that there was further investigation that needed to be completed.

I would like to make sure that his case is not being terminated. Please see the emails below from October 16, 2017, stating that his case was not being terminated at that time. Can you please confirm the case is still open?

Also, if there is anything I can do to provide more information for you so we can move forward with his visa, please let me know. It has been over two years since verbal approval was given at the consulate in Rio. I understand the need for vetting people wanting to come to live in the US. My father entered and exited the US many times in the past with a tourist visa with no issue but now cannot even receive that due to this investigation. As he is now 75 years old and without family in Brazil, we very much want him here in Albuquerque with us.

Please let me know if there is anything I can do.

Sincerely,
Gabriel Nosseir

---

**From:** Immigration, Rio <ImmigrationRio@state.gov>
**Sent:** Monday, October 16, 2017 11:47 AM
**To:** Gabriel Nosseir
**Subject:** RE: Case #RDJ2016561006

Dear Sir or Madam:

We apologize for the inconvenience. This case is not being terminated. The letter you received is automatically generated by the system. Please disregard it.

Regards,

*Immigrant Visa Unit*
*United States Consulate General*
*Rio de Janeiro - RJ -Brazil*
*psm*









**Official - SBU**
**UNCLASSIFIED**

---

**From:** Gabriel Nosseir [mailto:exosu@hotmail.com]
**Sent:** Monday, October 16, 2017 1:01 PM
**To:** Immigration, Rio
**Cc:** mknosseir@gmail.com; Gabe Nosseir
**Subject:** Case #RDJ2016561006

To whom it may concern,

I received the attached letter on Friday, concerning the application for an immigrant visa for my father, Mostafa Kamel Hussein Nosseir (beneficiary). The letter states you are going to cancel the application and the petition as per Section 203(e) of the Immigration and Nationality Act, specifically stating you all believe it has been one year since we did not apply for the immigrant visa.

I am writing to state that we did in fact apply for the visa, starting the process with USCIS in June 2015, and receiving approval in February of 2016. We then immediately completed all the paperwork with the NVC, which we received confirmation of approval on March 2, 2016. My father then had his interview at the Consulate in Rio on September 19, 2016. Proof is here on this document- https://drive.google.com/file/d/0B7_eGATrcmBbQlBrZmVxLXY4a1k/view

IR5 Interview confirmtion.bmp

drive.google.com



During the interview my father was informed that all required documents were accepted and that his immigration visa will be processed. The man interviewing him took his passport and cancelled his tourist visa, which my father had previously. Shortly after the interview my father received notice to answer more questions, which he submitted the very next day.

Since the interview and verbal approval more than one year ago, we have heard nothing regarding the status of his visa, only that it is in "administrative processing". My father asked for his passport back, which was granted, until the processing was over.

Can you please clarify why we received this letter and what the status of my father's immigrant visa is?

Sincerely,
Gabriel Nosseir (petitioner)


**Consulate Letter 10.9.18.pdf**
4703K




**Olsi Vrapi <olsi@noblelawfirm.com>**

# Consulate Letter 1/24/19

**Gabe Nosseir** <gabe@internationalindoor.com> Thu, Jun 13, 2019 at 5:23 PM
To: Olsi Vrapi <olsi@noblelawfirm.com>

Gabe Nosseir
International Indoor Soccer Arena
www.internationalindoor.com
Facebook
Twitter
1311 Cuesta Arriba Ct. NE
Albuquerque, NM
87113
505-266-3653
fax: 505-266-3693

> -------- Original Message --------
> Subject: RE: Case Number RDJ2016561006 . Mostafa NOSSEIR
> From: "Immigration, Rio" <ImmigrationRio@state.gov>
> Date: Thu, January 24, 2019 5:35 am
> To: Mostafa Nosseir <mknosseir@gmail.com>, Gabe Nosseir <gabe@internationalindoor.com>, Gabriel Nosseir <exosu@hotmail.com>, mknosseirbr <mknosseirbr@yahoo.com>
>
> Dear Applicant:
> On the date of the interview the consular officer became aware of some elements of your case that need to be further researched before the eligibility for the visa can be determined. This office is currently working on these issues. Unfortunately, we cannot provide any further information at this moment. Please rest assured that your application will be given every consideration consistent with U.S. immigration laws and regulations. For additional information you may visit: https://travel.state.gov/content/visas/en/general/administrative-processing-information.html
>
> Xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
>
> Caro (a) Requerente,
>
> No dia da entrevista, o oficial consular tomou conhecimento de fatos relacionados a este processo que requerem verificação mais detalhada, antes que a elegibilidade da emissão do visto seja determinada. Este escritório está trabalhando nestes fatos. Infelizmente não podemos fornecer maiores detalhes sobre o assunto neste momento. Por favor, tenha certeza de que sua solicitação receberá toda consideração de acordo com as leis e regulamentos da Imigração Americana. Informações adicionais podem ser encontradas: https://travel.state.gov/content/visas/en/general/administrative-processing-information.html
>
> Atenciosamente,
> Best regards,
>
> Immigrant Visa Unit

United States Consulate General
Rio de Janeiro - RJ –Brazil
br

"Please note that the information regarding this visa case is protected from disclosure under Section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the "formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States and is consistent with INA Section 222(f), 8 U.S.C. 1202(f)".




**From:** Mostafa Nosseir [mailto:mknosseir@gmail.com]
**Sent:** Tuesday, January 22, 2019 4:55 PM
**To:** Immigration, Rio; Gabe Nosseir; Gabriel Nosseir; mknosseirbr
**Subject:** Case Number RDJ2016561006 . Mostafa NOSSEIR

Dear Mr./Ms. Chief Immigration service

Case no. RDJ2016561006
Petitioner: Gabriel NOSSEIR
Beneficiary: Mostafa Kamel Hussein NOSSEIR

1) Please be informed that my present national (Brazilian) passport's number is FX 881456, issued on 11 January 2019 and valid till 10 January 2029. This is a substitution of my previous passport number FP 520724 , as its pages are now full.
Appreciate your action to update your records.

2) Twenty four months have passed since my interview took place on 19 September 2016. During that interview I was informed that all required documents had been accepted and immigration visa IR5 would be stamped in my passport. Additional information was requested on 26/09/2016 which I also submitted on the following day.

Since then, every time I inquire about the status of this case I was informed that it is still under administrative process.

My concern is that I am now 76 years old and my only desire is to spend my remaining few years living close to my son and grand son who are the only remaining family members.

I would be extremely grateful if you can examine the status of this case and update me .
Best regards.

Mostafa Nosseir, PhD
Av. General Olyntho Pilar,355/ 1- 307
Barra da Tijuca
22793-610 rio de Janeiro-Brazil
+55 21 2432 5194
+55 21 98137 7996




**Olsi Vrapi <olsi@noblelawfirm.com>**

# Consulate Letter 3/1/19

**Gabe Nosseir** <gabe@internationalindoor.com> Thu, Jun 13, 2019 at 5:23 PM
To: Olsi Vrapi <olsi@noblelawfirm.com>

Gabe Nosseir
International Indoor Soccer Arena
www.internationalindoor.com
Facebook
Twitter
1311 Cuesta Arriba Ct. NE
Albuquerque, NM
87113
505-266-3653
fax: 505-266-3693

-------- Original Message --------
Subject: RE: CASE RDJ2016561006 Mostafa NOSSEIR
From: "Immigration, Rio" <ImmigrationRio@state.gov>
Date: Fri, March 01, 2019 9:53 am
To: Mostafa Nosseir <mknosseir@gmail.com>
Cc: Gabe Nosseir <gabe@internationalindoor.com>, "mknosdeirbr@yahoo.com" <mknosdeirbr@yahoo.com>, Gabriel Nosseir <exosu@hotmail.com>

Dear Applicant:
On the date of the interview the consular officer became aware of some elements of your case that need to be further researched before the eligibility for the visa can be determined. This office is currently working on these issues. Unfortunately, we cannot provide any further information at this moment. Please rest assured that your application will be given every consideration consistent with U.S. immigration laws and regulations. For additional information you may visit:
https://travel.state.gov/content/visas/en/general/administrative-processing-information.html

Atenciosamente,
Best regards,

Immigrant Visa Unit
United States Consulate General
Rio de Janeiro - RJ –Brazil
br

"Please note that the information regarding this visa case is protected from disclosure under Section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the "formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States and is consistent with INA Section 222(f), 8 U.S.C. 1202(f)".










**From:** Mostafa Nosseir [mailto:mknosseir@gmail.com]
**Sent:** Thursday, February 28, 2019 12:40 AM
**To:** Immigration, Rio
**Cc:** Gabe Nosseir; mknosdeirbr@yahoo.com; Gabriel Nosseir
**Subject:** CASE RDJ2016561006 Mostafa NOSSEIR

Case : RDJ2016561006
Petitioner: Gabriel NOSSEIR
Beneficiary: Mostafa Kamel Hussein NOSSEIR

Dear Chief Visa immigration Unit

Please refer to your email on January, 28 , 2019 requesting me to contact you regarding the status of my IR5 visa.
Hope that you are , now, in a position to update me on the status and expected date for finalizing this process.

Looking forward to hear .
Best regards..

Mostafa Nosseir, PhD
Av. General Olyntho Pilar,355/ 1- 307
Barra da Tijuca
22793-610 rio de Janeiro-Brazil
+55 21 2432 5194
+55 21 98137 7996




**Olsi Vrapi <olsi@noblelawfirm.com>**

## Consulate Letter 3/14/19

1 message

**Gabe Nosseir** <gabe@internationalindoor.com> Thu, Jun 13, 2019 at 5:23 PM
To: Olsi Vrapi <olsi@noblelawfirm.com>

Gabe Nosseir
International Indoor Soccer Arena
www.internationalindoor.com
Facebook
Twitter
1311 Cuesta Arriba Ct. NE
Albuquerque, NM
87113
505-266-3653
fax: 505-266-3693

> -------- Original Message --------
> Subject: Re: CASE RDJ2016561006 Mostafa NOSSEIR
> From: Mostafa Nosseir <mknosseir@gmail.com>
> Date: Thu, March 14, 2019 11:21 am
> To: "Immigration, Rio" <ImmigrationRio@state.gov>
> Cc: Gabe Nosseir <gabe@internationalindoor.com>, Gabriel Nosseir <exosu@hotmail.com>, mknosseirbr <mknosseirbr@yahoo.com>
>
> Dear Chief Immigration Visa Unit
>
> **Case : RDJ2016561006**
> **Petitioner: Gabriel NOSSEIR**
> **Beneficiary: Mostafa Kamel Hussein NOSSEIR**
> **Interview date: September, 19 , 2016**
>
> This is to refer to the above mentioned case which is still ending for further investigation . Since the date of my interview and after submission of the requested additional information, I had been inquiring about the status of my visa approval.The replies from your office were always informing that the status is still pending further investigations.On January 28 , 2019 I received an email from your office requesting me to contact you after one month for more information about the visa status.I did that on February 28th 2019, with the expectation that your decision is coming closer to its conclusion . The reply on March 1 2019 indicated that my case needs to be further researched . I am really hoping that by now you have more information regarding this pending case.Best regards.
>
> Mostafa Nosseir, PhD
> Av. General Olyntho Pilar,355/ 1- 307
> Barra da Tijuca
> 22793-610 rio de Janeiro-Brazil
> +55 21 2432 5194
> +55 21 98137 7996
>
> ---------- Forwarded message ---------
> From: **Immigration, Rio** <ImmigrationRio@state.gov>
> Date: Fri, Mar 1, 2019, 13:54
> Subject: RE: CASE RDJ2016561006 Mostafa NOSSEIR

To: Mostafa Nosseir <mknosseir@gmail.com>
Cc: Gabe Nosseir <gabe@internationalindoor.com>, mknosdeirbr@yahoo.com <mknosdeirbr@yahoo.com>, Gabriel Nosseir <exosu@hotmail.com>

Dear Applicant:
On the date of the interview the consular officer became aware of some elements of your case that need to be further researched before the eligibility for the visa can be determined. This office is currently working on these issues. Unfortunately, we cannot provide any further information at this moment. Please rest assured that your application will be given every consideration consistent with U.S. immigration laws and regulations. For additional information you may visit:
https://travel.state.gov/content/visas/en/general/administrative-processing-information.html

Atenciosamente,
Best regards,

Immigrant Visa Unit
United States Consulate General
Rio de Janeiro - RJ –Brazil
br

“Please note that the information regarding this visa case is protected from disclosure under Section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the “formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States and is consistent with INA Section 222(f), 8 U.S.C. 1202(f)”.

cid:image001.jpg@01D41DED.77DB9180 cid:image002.png@01D41DED.77DB9180
cid:image003.png@01D41DED.77DB9180 cid:image004.png@01D41DED.77DB9180
cid:image005.png@01D41DED.77DB9180 cid:image006.jpg@01D41DED.77DB9180
cid:image007.jpg@01D41DED.77DB9180

**From:** Mostafa Nosseir [mailto:mknosseir@gmail.com]
**Sent:** Thursday, February 28, 2019 12:40 AM
**To:** Immigration, Rio
**Cc:** Gabe Nosseir; mknosdeirbr@yahoo.com; Gabriel Nosseir
**Subject:** CASE RDJ2016561006 Mostafa NOSSEIR

Case : RDJ2016561006
Petitioner: Gabriel NOSSEIR
Beneficiary: Mostafa Kamel Hussein NOSSEIR

Dear Chief Visa immigration Unit

Please refer to your email on January, 28 , 2019 requesting me to contact you regarding the status of my IR5 visa.
Hope that you are , now, in a position to update me on the status and expected date for finalizing this process.

Looking forward to hear .
Best regards..

Mostafa Nosseir, PhD
Av. General Olyntho Pilar,355/ 1- 307
Barra da Tijuca
22793-610 rio de Janeiro-Brazil
+55 21 2432 5194

+55 21 98137 7996

**7 attachments**


**image007.jpg**
2K



**image005.png**
5K


**image001.jpg**
2K


**image006.jpg**
2K



**image002.png**
4K


**image004.png**
4K


**image003.png**
2K



**Olsi Vrapi <olsi@noblelawfirm.com>**

## Consulate Letter 5/14/19

1 message

**Gabe Nosseir** <gabe@internationalindoor.com> Thu, Jun 13, 2019 at 5:24 PM
To: Olsi Vrapi <olsi@noblelawfirm.com>

Gabe Nosseir
International Indoor Soccer Arena
www.internationalindoor.com
Facebook
Twitter
1311 Cuesta Arriba Ct. NE
Albuquerque, NM
87113
505-266-3653
fax: 505-266-3693

-------- Original Message --------
Subject: RE: CASE RDJ2016561006 Mostafa NOSSEIR
From: "Immigration, Rio" <ImmigrationRio@state.gov>
Date: Tue, May 14, 2019 10:37 am
To: Gabriel Nosseir <exosu@hotmail.com>, Mostafa Nosseir <mknosseir@gmail.com>
Cc: Gabe Nosseir <gabe@internationalindoor.com>, "mknosdeirbr@yahoo.com" <mknosdeirbr@yahoo.com>, Gabe Nosseir <gabe@internationalindoor.com>

Dear Applicant,

Currently, your case is under additional administrative processing, which must be finished before a determination may be made on your case.
We will work towards completing our processing of your case as soon as possible. However, we cannot predict how long this will take due to different circumstances that involve each case.

We realize that these extended waiting periods can be frustrating, and we are sensitive to the fact that the purpose of the immigrant visa is to provide the opportunity to non-us citizens to immigrate to the United States. Nevertheless, the U.S. Consulate in Rio de Janeiro, like all U.S. Embassies and Consulates, must adjudicate visas in accordance with the provisions of U.S. immigration law. In some cases, this involves extensive administrative processing.

We will contact you as soon as we have finished this stage. Meanwhile, your patience is very much appreciated. For additional information you may visit: https://travel.state.gov/content/visas/en/general/administrative-processing-information.html

Atenciosamente,
Best regards,




**Immigrant Visa Unit**
Consular Communications and Outreach
U.S. Consulate General | Rio de Janeiro
br

"Please note that the information regarding this visa case is protected from disclosure under Section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the "formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States and is consistent with INA Section 222(f), 8 U.S.C. 1202(f)".

---

**From:** Gabriel Nosseir [mailto:exosu@hotmail.com]
**Sent:** Monday, May 13, 2019 11:25 PM
**To:** Immigration, Rio; Mostafa Nosseir
**Cc:** Gabe Nosseir; mknosdeirbr@yahoo.com; Gabe Nosseir
**Subject:** Re: CASE RDJ2016561006 Mostafa NOSSEIR

To whom it may concern,

My name is Gabriel Nosseir and I am the petitioner for Mostafa Nosseir to obtain his sponsored visa. It has been nearly three years since we received approval from USCIS, NVC, and also verbal approval during his interview at the consulate in Rio. Ever since that interview we have been in "administrative processing".

I sincerely understand the need and importance to research all non-US citizens who seek to obtain this sponsored visa. I humbly ask either to find out more information or to speed up this process as my father is now 76 years old. I am his only child and it is my desire to be able to spend as much time with him as possible and to have my son be able to get to know his grandfather better and to be with him more frequently.

My dad has been to the US many times in the past on a tourist visa, which was taken away from his passport and now is unobtainable due to the administrative processing. We bought an apartment for him in late 2015 with the idea that he would be able to come back into the country within a few months. Now it sits empty with the hope that he will be approved for his visa.

If there is any information I can provide to help move this process forward, please let me know.

Sincerely,
Gabriel Nosseir
Cell- 1-505-550-1784

---

**From:** Immigration, Rio <ImmigrationRio@state.gov>
**Sent:** Friday, March 1, 2019 9:53 AM
**To:** Mostafa Nosseir
**Cc:** Gabe Nosseir; mknosdeirbr@yahoo.com; Gabriel Nosseir
**Subject:** RE: CASE RDJ2016561006 Mostafa NOSSEIR

Dear Applicant:

On the date of the interview the consular officer became aware of some elements of your case that need to be further researched before the eligibility for the visa can be determined. This office is currently working on these issues. Unfortunately, we cannot provide any further information at this moment. Please rest assured that your application will be given every consideration consistent with U.S. immigration laws and regulations. For additional information you may visit: https://travel.state.gov/content/visas/en/general/administrative-processing-information.html

Atenciosamente,

Best regards,

Immigrant Visa Unit

United States Consulate General

Rio de Janeiro - RJ –Brazil

br

“Please note that the information regarding this visa case is protected from disclosure under Section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the “formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States and is consistent with INA Section 222(f), 8 U.S.C. 1202(f)”.




**From:** Mostafa Nosseir [mailto:mknosseir@gmail.com]
**Sent:** Thursday, February 28, 2019 12:40 AM
**To:** Immigration, Rio
**Cc:** Gabe Nosseir; mknosdeirbr@yahoo.com; Gabriel Nosseir
**Subject:** CASE RDJ2016561006 Mostafa NOSSEIR

Case : RDJ2016561006

Petitioner: Gabriel NOSSEIR

Beneficiary: Mostafa Kamel Hussein NOSSEIR

Dear Chief Visa immigration Unit

Please refer to your email on January, 28 , 2019 requesting me to contact you regarding the status of my IR5 visa.

Hope that you are , now, in a position to update me on the status and expected date for finalizing this process.

Looking forward to hear .

Best regards..

Mostafa Nosseir, PhD

Av. General Olyntho Pilar,355/ 1- 307

Barra da Tijuca

22793-610 rio de Janeiro-Brazil
+55 21 2432 5194
+55 21 98137 7996